Eric RODRIGUEZ, James R. Jubilee, Sr., and Martin Malave–Dilan, Plaintiffs,

v.

George E. PATAKI, as Governor of the State of New York, Mary O. Donohue as Lt. Governor and President of the Senate of the State of New York, Eliot Spitzer as Attorney General of the State of New York, Joseph L. Bruno as President Pro Tempore and Majority Leader of the Senate of the State of New York, Sheldon Silver as Speaker of the Assembly of the State of New York, John J. Faso as Minority Leader of the Assembly of the State of New York and Martin E. Connor as Minor-

ity Leader of the Senate of the State of New York, and Carol Berman, Neil W. Kelleher, Helena M. Donohue, and Evelyn J. Aquila as Commissioners of the New York State Board of Elections, Defendants.

No. 02 CIV. 0618(RMB).

United States District Court, S.D. New York.

April 25, 2002.

BERMAN, District Judge.

Counsel for the parties are requested forthwith to "meet and confer" (by phone or in person) in order to develop a joint list of 3–6 independent experts, i.e. mutually acceptable, who might assist a Special Master, appointed pursuant to Federal Rule of Civil Procedure 53, in the development of a redistricting plan for the State of New York, dividing the State into twenty-nine congressional districts in accordance with the 2000 federal census and applicable law.

Because time is of the essence, such joint list, along with the experts' curriculum vitae and credentials, shall be submitted to each of the three-judge court members no later than 4:00 p.m. on Monday, April 29, 2002.